# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 18-50508 MLO  
**Case Name:** FORD, TERRILL DAYQUINNE  

**Trustee Name:** (420180) K. Jin Lim  
**Date Filed (f) or Converted (c):** 07/30/2018 (f)  
**§ 341(a) Meeting Date:** 09/06/2018  

**For Period Ending:** 11/12/2018  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 15563 TIMBERS EDGE DRIVE, CLINTON TOWNSHIP, MI 48035-0000, MACOMB COUNTY<br>Single-family home, FMV $300K, $290K after costs of sale.. Entire property value: $290,000.00 | 145,000.00 | Unknown | | 0.00 | Unknown |
| 2 | 3107 JOYE CIR, SPRING LAKE, NC 28390-0000, CUMBERLAND COUNTY<br>Single-family home, Rental property. Recent appraisal came back at $39,000. No renters currently (Debtor's mom lived there up until 2018).. Entire property value: $39,000.00 | 19,500.00 | Unknown | | 0.00 | Unknown |
| 3 | 2015 DODGE DURANGO, 31700 MILES<br>Good condiiton. Wife drives vehicle.. Entire property value: $20,000.00 | 20,000.00 | 0.00 | | 0.00 | FA |
| 4 | BEDS, DRESSERS, TABLES, CHAIRS, SOFA, LOVE SEAT, REFRIGERATOR, STOVE, WASHER/DRYER, MICROWAVE, WARDROBE, CREDENZA, OTHER MISC. HOUSEHOLD GOODS AND FURNITURE | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | TVS, LAPTOP, TABLET, CELL PHONES, STEREO SYSTEM, OTHER MISC. CONSUMER ELECTRONICS | 900.00 | 0.00 | | 0.00 | FA |
| 6 | XD .40 CALIBER | 400.00 | 0.00 | | 0.00 | FA |
| 7 | PERSONAL USED CLOTHING | 400.00 | 0.00 | | 0.00 | FA |
| 8 | RING, NECKLACE, INEXPENSIVE WATCH. | 500.00 | 0.00 | | 0.00 | FA |
| 9 | CLASSIC CHECKING: USAA FEDERAL SAVINGS BANK | 1,200.00 | 0.00 | | 0.00 | FA |
| 10 | JOINT CHECKING & SAVINGS W/ NON-FILING SPOUSE: BANK OF AMERICA | 500.00 | 0.00 | | 0.00 | FA |
| 11 | 7/12THS ANTICIPATED/ACCRUED 2018 FEDERAL AND STATE INCOME TAX REFUND(EST). FILED JOINTLY WITH NON-FILING SPOUSE.: FEDERAL AND STATE | 2,274.42 | 0.00 | | 0.00 | FA |
| **11** | **Assets Totals (Excluding unknown values)** | **$192,674.42** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

11/12/18 investigate possible interest in real properties. ps

**Initial Projected Date Of Final Report (TFR):** 12/31/2019     **Current Projected Date Of Final Report (TFR):** 12/31/2019

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 18-50508 MLO
**Case Name:** FORD, TERRILL DAYQUINNE

**For Period Ending:** 11/12/2018

**Trustee Name:** (420180) K. Jin Lim
**Date Filed (f) or Converted (c):** 07/30/2018 (f)
**§ 341(a) Meeting Date:** 09/06/2018
**Claims Bar Date:**

11/12/2018
Date

/s/K. Jin Lim
K. Jin Lim