# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:  In Bankruptcy:

**TERRILL DAYQUINNE FORD**  Case No. 18-50508-mlo
Chapter 7
Hon. Maria L. Oxholm

Debtor

---

## STIPULATION RE:
## ENTRY OF ORDER FOR SECOND EXTENSION OF
## DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGE.

Trustee K. Jin Lim and Terrell Dayquinne Ford ("Debtor"), by and through their respective undersigned counsel, do hereby stipulate to entry of an order for second extension of deadline to file a complaint objecting to discharge.

**AGREED:**

| | |
|---|---|
| */s/ Peter F. Schneider* | */s/Walter A. Metzen (w/consent)* |
| Peter F. Schneider (P-75256) | Walter A. Metzen (P-49779) |
| Attorney for Trustee | Attorney for Debtor |
| 645 Griswold; Suite 3900 | 645 Griswold St Ste 3156 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 237-0850 | (313) 962-4656 |
| pete@detlegal.com | detroitbankruptcylawyer@gmail.com |
| Dated: December 5, 2018 | Dated: December 5, 2018 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:    In Bankruptcy:

**TERRILL DAYQUINNE FORD**    Case No. 18-50508-mlo
Chapter 7
Hon. Maria L. Oxholm

Debtor

---

**STIPULATED ORDER FOR SECOND EXTENSION OF
DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGE**

By stipulation between Trustee K. Jin Lim and Debtor Terrill Dayquinne Ford,

**IT IS HEREBY ORDERED** that the deadline to file a complaint objecting to Debtor's discharge is extended to **January 4, 2019** as to case trustee and the Office of the United States Trustee only.